# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

THOMAS DEWAYNE LANE                                                                PLAINTIFF

v.                                          4:16CV00626-JJV

LAMAR LEWIS, Detention Officer,
Faulkner County Jail                                                               DEFENDANT

## MEMORANDUM AND ORDER

Thomas Lane ("Plaintiff") brought this action on August 30, 2016. (Doc. No. 2.) On May 15, 2017, mail sent to Plaintiff from the Court was returned as undeliverable. (Doc. No. 14.) Therefore, on May 15, 2017, I directed Plaintiff to provide an updated address and affirm his intent to continue prosecuting this action within thirty days. (Doc. No. 15.) Additional mail was returned as undeliverable. (Doc. No. 16.)

More than thirty days have now passed, and Plaintiff has not complied with or otherwise responded to my Order. He was warned that such failure would result in dismissal of his Complaint without prejudice pursuant to Local Rule 5.5(c)(2). (Doc. No. 4 at 2.)

IT IS ORDERED THAT Plaintiff's Complaint (Doc. No. 2.) is DISMISSED without prejudice.

DATED this 16th day of June, 2017.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE.